

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROBERT RAY ROBERTS, | § | No. 08-23-00011-CR |
| | § | Appeal from the |
| Appellant, | | |
| | § | 226th District Court |
| v. | | |
| | § | of Bexar County, Texas |
| THE STATE OF TEXAS, | | |
| | § | (TC# 2021CR5177) |
| State. | | |
| | § | |

**O R D E R**

On February 10, 2023, the Court received Appellant's pro se brief; however, our records reflect Meredith Chacon as the attorney of record for the Appellant. On December 15, 2022, Ms. Chacon filed a motion to withdraw as attorney of record in the 226th Judicial District of Bexar County, Texas. The motion remains pending in the trial court. This Court does not have the authority to rule on the motion, nor to appoint counsel.

Therefore, this appeal is abated, and it is ORDERED that the trial court rule on the motion to withdraw and appoint counsel to represent the Appellant on appeal if he is found to be indigent. Once counsel has been appointed, if Appellant is found indigent, the trial court shall forward its order of appointment to the District Clerk of Bexar County, Texas, on or before March 6, 2023. The District Clerk shall prepare and forward a supplemental clerk's record containing the appointment to this Court on or before March 16, 2023. The appellant's brief shall be due thirty days from the date the supplemental clerk's record is filed.

IT IS SO ORDERED this 13th day of February, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.